THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ALONSO RAMIREZ-CRUZ and IVAN SUBIA,<br><br>                Defendants. | CASE NO. CR21-0160-JCC<br><br>ORDER |

       This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial deadlines. (Dkt. No. 36.) Defendants were charged by criminal complaint with a controlled substance offense and arrested in August 2021. (Dkt. Nos. 1, 36 at 1.) Trial is currently set for December 6, 2021. (Dkt. Nos. 34–35.)

       The parties' stipulation indicates that defense counsel needs time to review two batches of discovery from the Government, independently investigate the case, counsel their clients, and take further discovery that is still outstanding. (Dkt. No. 36 at 1–2.)

       Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

       1.      Taking into account the exercise of due diligence, a failure to grant a continuance

would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. Failure to grant such a continuance would be likely to result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3. The additional time requested between the current trial date and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, engage in discovery, and counsel their clients, considering counsel's schedules and all of the facts set forth above.

Accordingly, the Court ORDERS:

1. The parties' stipulated motion (Dkt. No. 36) is GRANTED.

2. The December 6, 2021 jury trial is CONTINUED to May 2, 2022.

3. The pretrial motions deadline is CONTINUED until March 24, 2022.

4. The period from the date of this order until May 2, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 19th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE