THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALONSO RAMIREZ-CRUZ and IVAN SUBIA,<br><br>　　　　　　Defendants. | CASE NO. CR21-0160-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial deadlines. (Dkt. No. 41.) Defendants are charged by indictment with a controlled substance offense. (Dkt. No. 27.) Trial is currently set for May 2, 2022. (Dkt. No. 38.)

The parties' stipulation indicates that defense counsel needs time to complete their review of discovery and counsel their clients regarding case strategy. (Dkt. No. 41 at 1–2.) The need to work through Spanish-language interpreters and has slowed the process. (*Id.* at 2.)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

　　1.　　Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation due to

counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2.  Failure to grant such a continuance would be likely to result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3.  The additional time requested between the current trial date and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, engage in discovery, and counsel their clients, in light of the facts set forth above.

Accordingly, the Court ORDERS:

1.  The parties' stipulated motion (Dkt. No. 41) is GRANTED.
2.  The May 2, 2022 jury trial is CONTINUED to October 11, 2022.
3.  The pretrial motions deadline is CONTINUED to August 25, 2022.
4.  The period from the date of this order until October 11, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 13th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE